1

2

3

4

5

6

7

8

9             IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13   ERNEST MILLER,                          1:06-CV-00436 OWW LJO P

14            Plaintiff,

15       vs.

16   HIGH DESERT STATE PRISON,
     et al.,
17            Defendants.              ___ORDER TRANSFERRING CASE

18   _____/

19        Plaintiff, a state prisoner proceeding  pro se, has filed a civil rights action pursuant to 42 U.S.C.

20   § 1983.  Plaintiff has not submitted an application to proceed in forma pauperispauperis pursuant to 28

21   U.S.C. § 1915.

22        In his complaint, plaintiff alleges violations of his civil rights by defendants.   The alleged

23   violations took place in Lassen County which is part of the Sacramento Division of the United States

24   District Court for the Eastern District of California.   Therefore, the complaint should have been filed

25   in the Sacramento Division.

26        Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the proper

27   court may, on the court's own motion, be transferred to the proper court.  Therefore, this action will be

28   transferred to the Sacramento Division.

1    Good cause appearing, IT IS HEREBY ORDERED that:

2    This action is transferred to the United States district Court for the Eastern district of California

3  sitting in Sacramento; and

4    3.  All future filings shall refer to the new Sacramento case number assigned and shall be filed

5  at:

6

7                    United States District Court

8                    Eastern District of California

9                    501 "I" Street, Suite 4-200

10                    Sacramento, CA 95814.

11

12

13  IT IS SO ORDERED.

14  **Dated:    April 28, 2006**          _____/s/ Lawrence J. O'Neill_____
       i0d3h8                              UNITED STATES MAGISTRATE JUDGE
15

16

17

18

19

20

21

22

23

24

25

26

27

28